UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT HEARD, )
)
        Plaintiff, )
)
v. ) Civil Action No. 19-2202 (UNA)
)
MEXICANS, *et al.*, )
)
        Defendants. )

FILED
AUG 13 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). This complaint sets forth no actual legal claim. Rather, it reads as the plaintiff's observations and musings following the death of a deputy sheriff with whom he was acquainted. The Court, therefore, will dismiss the complaint without prejudice because it fails to comply with Rule 8(a).

An Order consistent with this Memorandum Opinion is issued separately.

DATE: August 12, 2019

_____
United States District Judge